IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **21-22154** |
| **Daniel M. Donahue** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Daniel M. Donahue** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Lauren M. Lamb**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors'names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By:  **/s/ Lauren M. Lamb**

 Signature
**Lauren M. Lamb**

Typed Name
**28th Floor - Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219-1908**

Address
**412-391-8000 Fax:412-391-0221**

Phone No.
**209201 PA**

List Bar I.D. and State of Admission

```
Citizens Bank
PO Box 7092
Bridgeport, CT 06601

Gregg Morris
501 Corporate Drive
Southpointe Center
Suite 205
Canonsburg, PA 15317
```