# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 21-22154** |
| **Daniel M. Donahue** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Daniel M. Donahue** | : | |
| **Daniel Miles Donahue** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

21-027809_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

**Daniel M. Donahue**

**Debtor(s)**

Case No.: 21-22154
Chapter 13
Judge Carlota M. Bohm
* * * * * * * * * * * * * * * * * *

**JPMorgan Chase Bank, N.A**

**Movant,**

vs

**Daniel M. Donahue**
**Daniel Miles Donahue**

**Ronda J. Winnecour**

**Respondents.**

Related Document #

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 10, 2021.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Lauren M. Lamb, Attorney for Daniel M. Donahue, llamb@steidl-steinberg.com

Service by First-Class Mail:
Daniel M. Donahue and Daniel Miles Donahue, 38 Mazer Street, Pittsburgh, PA  15214


EXECUTED ON: December 10, 2021

By: /s/Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.

21-027809_PS

0075345
List Bar I.D. and State of Admission

Case 21-22154-CMB    Doc 27    Filed 12/10/21    Entered 12/10/21 10:57:06    Desc Main
Document      Page 3 of 3

21-027809_PS