IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Daniel M. Donahue, ) | Case No. 21-22154 CMB |
| ) | Chapter 13 |
| Debtor ) | Docket No.   38 |
| ) | |
| Daniel M. Donahue, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| First National Bank, ) | **ENTERED BY DEFAULT** |
| ) | |
| Respondent ) | |

### ORDER OF COURT

AND NOW, to wit, this __8th__ day of __February__, 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that pursuant to 11 U.S.C. §522(f)(1)(A) and 11 U.S.C. §522(f)(2)(A), that the judgment lien held by Respondent, First National Bank, at Allegheny County case number AR-18-004758 is a avoided unless this case is dismissed prior to discharge being entered, at which point the judgment lien is reinstated.

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

FILED
2/8/22 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-22154-CMB
Daniel M. Donahue Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Feb 08, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel M. Donahue, 38 Mazer Street, Pittsburgh, PA 15214-1118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor GRB Law West View Water Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor GRB Law Ross Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor West View Water Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Ross Township jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Daniel M. Donahue |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Maria Miksich
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
on behalf of Creditor JPMORGAN CHASE BANK N.A amps@manleydeas.com

TOTAL: 11