IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Daniel M. Donahue | ) | Case No. 21-22154-CMB |
| | ) | Chapter 13 |
| Debtor | ) | Related to Doc. No. 53 |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐   a motion to dismiss case or certificate of default requesting dismissal

☐   a plan modification sought by:   Debtor to remedy insufficiency in Plan funding.

☐   a motion to lift stay
    as to creditor

☐   Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated     November 15, 2021
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐   Debtor's Plan payments shall be changed from $ 2,501.00   to
    $ 2,865.00   per month, effective   January, 2024   ; and/or the Plan term
    shall be changed from       months to       months.

☐    In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that he has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor shall file and serve _____ on or before _____ .

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☐    Other: <u>Ross Township (SWG) CL.#10 governs. West View Water Authority CL.#9 governs.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 15th day of December, 2023.

Dated:

Honorable Carlota M. Böhm
United States Bankruptcy Judge

Stipulated by:

/s/Lauren M. Lamb
Counsel to Debtor
Lauren M. Lamb, Esquire
Steidl & Steinberg, P.C.
707 Grant Street, Suite 2830
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

FILED
12/15/23 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

Counsel to affected creditor

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 21-22154-CMB
Daniel M. Donahue | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Dec 15, 2023     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel M. Donahue, 38 Mazer Street, Pittsburgh, PA 15214-1118 |
| cr | + | GRB Law Ross Township, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, Pa 15219 UNITED STATES 15219-1753 |
| cr | + | GRB Law West View Water Authority, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, Pa 15219 UNITED STATES 15219-1753 |
| cr | + | West View Water Authority, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 15419907 | + | Michael McCabe, Esquire, c/o Jordan Tax Service Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15419914 | + | Township of Ross, 1004 McKnight Park Drive, Pittsburgh, PA 15237-6531 |
| 15445884 | + | West View Water Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110 Pittsburgh, PA 15219-1753 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 16 2023 00:06:53 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 16 2023 00:02:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 16 2023 00:02:00 | Ross Township, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15432236 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 16 2023 00:02:00 | Citizens Bank, PO Box 7092, Bridgeport, CT 06601 |
| 15436002 | + | Email/Text: jdryer@bernsteinlaw.com | Dec 16 2023 00:02:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15432629 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 16 2023 00:02:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15419904 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 16 2023 00:02:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15432237 | + | Email/Text: paparalegals@pandf.us | Dec 16 2023 00:02:00 | Gregg Morris, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15419903 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 16 2023 00:07:07 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 15419902 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 16 2023 00:06:42 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101 |
| 15437819 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 16 2023 00:31:05 | JPMorgan Chase Bank, N.A, National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |

Case 21-22154-CMB   Doc 55   Filed 12/17/23   Entered 12/18/23 00:24:46   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | Bypass/Type | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15419906 | ^ MEBN | | Dec 15 2023 23:52:58 | KML Law Group, 701 Market Street, Suite 500, Philadelphia, PA 19106-1541 |
| 15430598 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2023 00:06:54 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15419908 | + | Email/Text: Bankruptcies@nragroup.com | Dec 16 2023 00:02:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15419909 | + | Email/Text: Bankruptcies@nragroup.com | Dec 16 2023 00:02:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 15422768 | + | Email/Text: ebnpeoples@grblaw.com | Dec 16 2023 00:02:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Fl., Pittsburgh, PA 15219-6101 |
| 15419911 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 16 2023 00:02:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15419910 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 16 2023 00:02:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15419913 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2023 00:06:42 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15419912 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2023 00:06:42 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15425990 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 16 2023 00:02:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, et al., 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15445885 | + | Email/Text: ebnjts@grblaw.com | Dec 16 2023 00:02:00 | Ross Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15419905 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed**

Case 21-22154-CMB    Doc 55    Filed 12/17/23    Entered 12/18/23 00:24:46    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: pdf900 | Total Noticed: 29 |

**below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Ross Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor GRB Law West View Water Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor GRB Law Ross Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor West View Water Authority jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren M. Lamb | on behalf of Debtor Daniel M. Donahue julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor JPMORGAN CHASE BANK N.A amps@manleydeas.com |

TOTAL: 11