**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/23/2026

IN RE:

| | |
|---|---|
| DANIEL M. DONAHUE | Case No.21-22154 CMB |
| 38 MAZER STREET | |
| PITTSBURGH,  PA  15214 | Chapter 13 |
| XXX-XX-8172          Debtor(s) | |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100 % payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/23/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **WH BURKLEY LLP(*)** | Trustee Claim Number:1   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:2   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PHILADELPHIA, PA  19106 | COMMENT:  ROCKET MORT~QUICKEN LNS/PRAE | | |

| | | | |
|---|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:3   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | CLAIM:  0.00 | | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  ALLY FNCL/PRAE | | |

| | | | |
|---|---|---|---|
| **GRB LAW*** | Trustee Claim Number:4   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE | | |

| | | | |
|---|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:5   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:5 | | ACCOUNT NO.:  8990 |
| 4140 E STATE ST | CLAIM:  18,714.71 | | |
| HERMITAGE, PA  16148 | COMMENT:  AVD/OE*0817~SEC/SCH | | |

| | | | |
|---|---|---|---|
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS** | Trustee Claim Number:6   INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| 635 WOODWARD AVE | Court Claim Number:2 | | ACCOUNT NO.:  5157 |
| | CLAIM:  0.00 | | |
| DETROIT, MI  48226 | COMMENT:  DKT4PMT-LMT*LMP EXPECTED | | |

| | | | |
|---|---|---|---|
| **ROSS TOWNSHIP (SWG)** | Trustee Claim Number:7   INT %: 10.00% | | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - DLNQ CLLCTR | Court Claim Number:10 | | ACCOUNT NO.:  B252 |
| 102 RAHWAY RD | CLAIM:  3,234.65 | | |
| MCMURRAY, PA  15317 | COMMENT:  163-B-252;THRU 10/1/21*CL10GOV*1178.23@10%TTL/PL*NO YRS/SCH-PL*WNTS 10 | | |

| | | | |
|---|---|---|---|
| **DONNA M DONAHER ESQ** | Trustee Claim Number:8   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| FIRST NATIONAL BANK OF PA | Court Claim Number: | | ACCOUNT NO.: |
| 100 FEDERAL ST 4TH FL | | | |
| MAIL CODE NSHO/FIRST FLOOR | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15212 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **JORDAN TAX SERVICE INC*** | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| 102 RAHWAY RD | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| MC MURRAY, PA  15317 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:10  INT %: 0.00% | | CRED DESC:  PRIORITY CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number: | | ACCOUNT NO.:  8172 |
| PO BOX 280946 | CLAIM:  3,349.54 | | |
| HARRISBURG, PA  17128-0946 | COMMENT: $@0%/PL*14/SCH-PL | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| NATIONAL BANKRUPTCY DEPARTMENT | Court Claim Number:8 | ACCOUNT NO.:  4806 |
| PO BOX 901032 | | |
| | CLAIM:  8,115.82 | |
| FT WORTH, TX  76101-2032 | COMMENT:  AUTO REPO~DFNCY/SCH*LOAN BGN 3/18 | |

| | | |
|---|---|---|
| **CITIZENS BANK NA** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1 CITIZENS DR | Court Claim Number: | ACCOUNT NO.: |
| MS ROP15B | | |
| | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:4 | ACCOUNT NO.:  7855 |
| 4140 E STATE ST | | |
| | CLAIM:  14,525.89 | |
| HERMITAGE, PA  16148 | COMMENT:  0317/SCH*DFNCY BAL*INSUFF POD | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number: | ACCOUNT NO.: |
| POB 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT: | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:1 | ACCOUNT NO.:  9157 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  680.37 | |
| PITTSBURGH, PA  15212 | COMMENT:  5223/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:3 | ACCOUNT NO.:  1663 |
| PO BOX 10587 | | |
| | CLAIM:  1,519.83 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  COMENITY/KAY JEWELERS*JUDGMENT | |

| | | |
|---|---|---|
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| 635 WOODWARD AVE | Court Claim Number:2 | ACCOUNT NO.:  5157 |
| | CLAIM:  45,964.69 | |
| DETROIT, MI  48226 | COMMENT:  $/CL-PL*LMP EXPECTED | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:7 | ACCOUNT NO.:  3065 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  6,955.14 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:6 | ACCOUNT NO.:  2320 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  121.15 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **MANLEY DEAS KOCHALSKI LLC** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| PO BOX 165028 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-5028 | COMMENT:  JPMORGAN CHASE/PRAE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ROSS TOWNSHIP (SWG)** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - DLNQ CLLCTR | Court Claim Number:10 | ACCOUNT NO.:  B252 |
| 102 RAHWAY RD | | |
| | CLAIM:  1,351.19 | |
| MCMURRAY, PA  15317 | COMMENT:  163-B-252;THRU 10/1/21*NON%*CL10GOV*1178.23@10%TTL/PL*NO YRS/SCH-PL*W | |

| | | |
|---|---|---|
| **WEST VIEW WATER AUTHORITY** | Trustee Claim Number:22  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC(*) | Court Claim Number:9 | ACCOUNT NO.:  J280 |
| 102 RAHWAY RD | | |
| | CLAIM:  135.67 | |
| MCMURRAY, PA  15317 | COMMENT:  162-J-280;THRU 10/1/21*CL9GOV*NT/SCH-PL*WNTS 10%*W/23*GU TIMELY | |

| | | |
|---|---|---|
| **WEST VIEW WATER AUTHORITY** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC(*) | Court Claim Number:9 | ACCOUNT NO.:  J280 |
| 102 RAHWAY RD | | |
| | CLAIM:  13.57 | |
| MCMURRAY, PA  15317 | COMMENT:  162-J-280;THRU 10/1/21*NON%*CL9GOV*NT/SCH-PL*W/22*GU TIMELY | |