IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Daniel M. Donahue | ) | Case No. 21-22154 JCM |
| Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Steidl and Steinberg, P.C. | ) | |
| Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, | ) | |
| Respondents | ) | |

**Exhibit "D"**
**SUMMARY OF PROFESSIONAL SERVICES RENDERED**

The time spent by the Application in this proceeding cover the period of November 18, 2019, through October 12, 2026. The time can be broken down into separate categories as follows:

**Categories**:

1. Preparation of documents for court filing
2. Filing of documents using the Bankruptcy Court's CM/ECF system
3. Review of Orders issued by the Bankruptcy Court as well as Court Notices and paperwork filed with the Court by Creditors and Parties in Interest
4. Appearances in Bankruptcy Court
5. Service of Documents
6. Correspondence sent throughout the case
7. Fee Application of Professional
8. Loss Mitigation Program

**Steidl and Steinberg, P.C.**
412-391-8000

October 06, 2026

**Dan M. Donahue**
Donahue, Daniel M.
38 Mazer St.
Pittsburgh, PA 15214

**Invoice Number: 321**
Invoice Period: 11-15-2019 - 10-12-2026

Payment Terms: Upon Receipt

**RE: 2021 Chapter 13**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-18-2019 | Dana Weyels | A100 - Document Preparation-Sent client initial consult letter CH13 | 0.10 | 150.00 | 15.00 |
| 12-02-2019 | Lauren Lamb | A600 - Correspondence - R/c re foreclosure progress. | 0.10 | 300.00 | 30.00 |
| 07-27-2020 | Lauren Lamb | A600 - Correspondence - R/c re sheriff's sale on 8/3. | 0.30 | 300.00 | 90.00 |
| 07-29-2020 | Annie Cordell | A600 - Correspondence: Took call from Dan regarding sheriff sale. | 0.10 | 150.00 | 15.00 |
| 07-30-2020 | Annie Cordell | A100 - Document Preparation: Prepped for emergency filing. | 0.50 | 150.00 | 75.00 |
| 07-31-2020 | Lauren Lamb | A100 - Document Preparation - Reviewed emergency | 0.10 | 300.00 | 30.00 |
| 07-31-2020 | Annie Cordell | A600 - Correspondence: Called and spoke with Dan regarding continued sheriff sale. | 0.20 | 150.00 | 30.00 |
| 07-31-2020 | Annie Cordell | A600 - Correspondence: Emailed continued sheriff sale ppw to client. | 0.10 | 150.00 | 15.00 |
| 08-12-2020 | Cara Popovich | A100 - Document Preparation: prepared file | 0.30 | 150.00 | 45.00 |
| 08-13-2020 | Cara Popovich | A100 - Document Preparation: prepped fee agreement | 0.10 | 150.00 | 15.00 |
| 08-13-2020 | Cara Popovich | A500 - Service of Documents: emailed fee agreement directly to client | 0.10 | 150.00 | 15.00 |
| 09-03-2020 | Annie Cordell | A600 - Correspondence: Returned call and spoke with Dan regarding sheriff sale. | 0.30 | 150.00 | 45.00 |
| 09-04-2020 | Annie Cordell | A600 - Correspondence: Called and spoke with Dan regarding sheriff sale getting continued. | 0.10 | 150.00 | 15.00 |
| 12-17-2020 | Lauren Lamb | A600 - Correspondence - R/c re update on sheriff's sale. | 0.20 | 300.00 | 60.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-23-2020 | Lauren Lamb | A600 - Correspondence - Called re continuance of sheriff's sale. | 0.10 | 300.00 | 30.00 |
| 12-30-2020 | Lauren Lamb | A600 - Correspondence - Checked to see if sheriff's sale continuance order was signed and called client. | 0.10 | 300.00 | 30.00 |
| 03-10-2021 | Annie Cordell | A600 - Correspondence: Took call from Daniel regarding sheriff sale. | 0.10 | 150.00 | 15.00 |
| 03-25-2021 | Annie Cordell | A600 - Correspondence: Called and spoke with Daniel regarding sheriff sale & retaking credit counseling & emailed paperwork list | 0.20 | 150.00 | 30.00 |
| 03-31-2021 | Alyssa Fehl | A600 - Correspondence - Took call re continued sheriff's sale and options moving forward | 0.40 | 150.00 | 60.00 |
| 06-01-2021 | Lauren Lamb | A600 - Correspondence - R/c re sheriff's sale date. | 0.20 | 300.00 | 60.00 |
| 06-01-2021 | Annie Cordell | A600 - Correspondence: Returned call regarding sheriff sale. | 0.10 | 150.00 | 15.00 |
| 06-24-2021 | Lauren Lamb | A600 - Correspondence - R/c from Daniel re sheriff's sale. | 0.40 | 300.00 | 120.00 |
| 06-30-2021 | Lauren Lamb | A600 - Correspondence - R/c re sheriff's sale. | 0.20 | 300.00 | 60.00 |
| 06-30-2021 | Annie Cordell | A600 - Correspondence: Called Sheriff's office regarding sheriff sale. | 0.20 | 150.00 | 30.00 |
| 06-30-2021 | Annie Cordell | A600 - Correspondence: Called and spoke with Daniel to let him know sale is getting postponed. | 0.10 | 150.00 | 15.00 |
| 07-29-2021 | Lauren Lamb | A600 - Correspondence - Reviewed foreclosure docket to see if sale postponed. | 0.10 | 300.00 | 30.00 |
| 07-29-2021 | Annie Cordell | A600 - Correspondence: Called sheriffs office to get sale date. | 0.20 | 150.00 | 30.00 |
| 08-27-2021 | Lauren Lamb | A600 - Correspondence - R/c re sheriff's sale. | 0.20 | 300.00 | 60.00 |
| 08-27-2021 | Annie Cordell | A600 - Correspondence: Emailed ppw list. | 0.10 | 150.00 | 15.00 |
| 09-01-2021 | Annie Cordell | A600 - Correspondence: Called and spoke with Dan regarding sheriff sale. | 0.20 | 150.00 | 30.00 |
| 09-23-2021 | Annie Cordell | A600 - Correspondence: Took call from Daniel regarding sheriff sale & filing. | 0.10 | 150.00 | 15.00 |
| 09-23-2021 | Annie Cordell | A100 - Document Preparation: Requested tax transcripts from the IRS. | 0.10 | 150.00 | 15.00 |
| 09-28-2021 | Annie Cordell | A600 - Correspondence - R/c re sheriff's sale and filing emergency | 0.20 | 150.00 | 30.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-01-2021 | Annie Cordell | A200 - Filing with ECF: Filed emergency. | 0.10 | 150.00 | 15.00 |
| 10-01-2021 | Annie Cordell | A600 - Correspondence: Faxed notice of filing to KML Law. | 0.10 | 150.00 | 15.00 |
| 10-01-2021 | Annie Cordell | A600 - Correspondence: Emailed to let client know case is filed. | 0.10 | 150.00 | 15.00 |
| 10-01-2021 | Annie Cordell | A600 - Correspondence: Returned call and spoke with Daniel regarding sheriff sale postponed again. | 0.10 | 150.00 | 15.00 |
| 10-07-2021 | Annie Cordell | A100 - Document Preparation: Completion appt. prep. | 0.50 | 150.00 | 75.00 |
| 10-07-2021 | Annie Cordell | A100 - Document Preparation: Completion appt. & schedules. | 1.00 | 150.00 | 150.00 |
| 10-07-2021 | Lauren Lamb | A100 - Document Preparation - Reviewed case in light of third party claims and potential LAT. | 0.30 | 300.00 | 90.00 |
| 10-11-2021 | Annie Cordell | A600 - Correspondence: Emailed request for addiitonal ppw needed to finish petition. | 0.10 | 150.00 | 15.00 |
| 10-11-2021 | Annie Cordell | A600 - Correspondence: Called and spoke with Dan as per email regarding CMA & back child support. | 0.10 | 150.00 | 15.00 |
| 10-15-2021 | Annie Cordell | A100 - Document Preparation: Prepped motion to extend time. | 0.20 | 150.00 | 30.00 |
| 10-15-2021 | Annie Cordell | A200 - Filing with ECF: Filed motion to extend time. | 0.10 | 150.00 | 15.00 |
| 10-22-2021 | Annie Cordell | A600 - Correspondence: Emailed to follow up on taxes & CMA. | 0.10 | 150.00 | 15.00 |
| 10-26-2021 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Proof of Claim 2 Rocket Mortgage | 0.30 | 300.00 | 90.00 |
| 10-29-2021 | Annie Cordell | A600 - Correspondence: Emailed to follow up on CMA & taxes again. | 0.10 | 150.00 | 15.00 |
| 10-29-2021 | Annie Cordell | A100 - Document Preparation: Prepped second motion to extend time. | 0.20 | 150.00 | 30.00 |
| 10-29-2021 | Annie Cordell | A200 - Filing with ECF: Filed second motion to extend time. | 0.10 | 150.00 | 15.00 |
| 10-29-2021 | Annie Cordell | A600 - Correspondence: Emailed & faxed notice of filing to Allegheny Sheriff & KML Law. | 0.10 | 150.00 | 15.00 |
| 11-01-2021 | Annie Cordell | A600 - Correspondence: Called and spoke with Dan as per request for email regarding CMA & taxes. | 0.30 | 150.00 | 45.00 |
| 11-02-2021 | Annie Cordell | A100 - Document Preparation: Continued work on schedules. | 0.70 | 150.00 | 105.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-03-2021 | Lauren Lamb | A100 - Document Preparation - Review of exemptions and calculation of payment | 0.40 | 300.00 | 120.00 |
| 11-04-2021 | Annie Cordell | A600 - Correspondence: Called and spoke with Dan regarding cure & reinstate payments. | 0.20 | 150.00 | 30.00 |
| 11-10-2021 | Annie Cordell | A600 - Correspondence: Emailed regarding plan payment. | 0.10 | 150.00 | 15.00 |
| 11-10-2021 | Annie Cordell | A600 - Correspondence: Called and spoke with Dan as per email request regarding plan. | 0.40 | 150.00 | 60.00 |
| 11-11-2021 | Annie Cordell | A100 - Document Preparation: Prepped motion to extend time. | 0.20 | 150.00 | 30.00 |
| 11-11-2021 | Annie Cordell | A200 - Filing with ECF: Filed motion to extend time. | 0.10 | 150.00 | 15.00 |
| 11-15-2021 | Annie Cordell | A100 - Document Preparation: Finished draft & plan. | 0.30 | 150.00 | 45.00 |
| 11-15-2021 | Lauren Lamb | A100 - Document Preparation - Reviewed draft plan and petition. | 0.20 | 300.00 | 60.00 |
| 11-15-2021 | Annie Cordell | A600 - Correspondence: Emailed draft, signature pages, and fee agreement. | 0.20 | 150.00 | 30.00 |
| 11-16-2021 | Annie Cordell | A600 - Correspondence: Called and spoke with Dan regarding draft. | 0.10 | 150.00 | 15.00 |
| 11-17-2021 | Annie Cordell | A600 - Correspondence: Took call from Dan to confirm receipt of signature pages. | 0.10 | 150.00 | 15.00 |
| 11-18-2021 | Annie Cordell | A100 - Document Preparation: Uploaded additional creditors to matrix & prepped form 30. | 0.20 | 150.00 | 30.00 |
| 11-18-2021 | Annie Cordell | A200 - Filing with ECF: Filed form 30. | 0.10 | 150.00 | 15.00 |
| 11-18-2021 | Annie Cordell | A200 - Filing with ECF: Filed completion & plan. | 0.20 | 150.00 | 30.00 |
| 11-18-2021 | Annie Cordell | A200 - Filing with ECF: Filed declaration. | 0.10 | 150.00 | 15.00 |
| 11-18-2021 | Annie Cordell | A100 - Document Preparation: Prepped trustee packet & uploaded taxes to portal. | 0.20 | 150.00 | 30.00 |
| 11-18-2021 | Annie Cordell | A100 - Document Preparation: Prepped plan letter and emailed Plan letter | 0.30 | 150.00 | 45.00 |
| 11-19-2021 | Kenneth Steidl | A100 - Document Preparation - letter to client re 341 | 0.10 | 400.00 | 40.00 |
| 11-23-2021 | Annie Cordell | A600 - Correspondence: Took call from Dan regarding mortgage arrears & TFS. | 0.20 | 150.00 | 30.00 |
| 11-30-2021 | Annie Cordell | A600 - Correspondence: Called and spoke with Dan as per request from email to schedule LMP appointment and gave him info for TFS. | 0.20 | 150.00 | 30.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-01-2021 | Annie Cordell | A600 - Correspondence: Took call from Dan regarding TFS. | 0.10 | 150.00 | 15.00 |
| 12-06-2021 | Annie Cordell | A600 - Correspondence: Took call from Dan to reschedule LMP appointment. | 0.10 | 150.00 | 15.00 |
| 12-08-2021 | Annie Cordell | A100 - Document Preparation: Prepped for 341. | 0.40 | 150.00 | 60.00 |
| 12-09-2021 | Annie Cordell | A600 - Correspondence: Emailed 341 zoom info. | 0.10 | 150.00 | 15.00 |
| 12-09-2021 | Annie Cordell | A600 - Correspondence: Called and spoke with Dan as per request from email regarding SS card & 341 on Monday. | 0.30 | 150.00 | 45.00 |
| 12-13-2021 | Julie Steidl | A400 - Appearances in Bankruptcy Court - Section 341 Meeting of Creditors | 0.10 | 400.00 | 40.00 |
| 12-14-2021 | Annie Cordell | A600 - Correspondence: Emailed rescheduled 341 meeting date & time. | 0.10 | 150.00 | 15.00 |
| 01-05-2022 | Annie Cordell | A100 - Document Preparation: Prepped for 341. | 0.30 | 150.00 | 45.00 |
| 01-05-2022 | Annie Cordell | A600 - Correspondence: Emailed phone number for 341. | 0.10 | 150.00 | 15.00 |
| 01-06-2022 | Annie Cordell | A600 - Correspondence: Responded to email regarding 341. | 0.10 | 150.00 | 15.00 |
| 01-07-2022 | Annie Cordell | A600 - Correspondence: Took call from Dan regarding 341 on Monday. | 0.10 | 150.00 | 15.00 |
| 01-10-2022 | Abagale Steidl | A400 - Appearances in Bankruptcy Court - Section 341 Meeting of Creditors | 0.30 | 350.00 | 105.00 |
| 01-12-2022 | Annie Cordell | A600 - Correspondence: Emailed client regarding plan increase. | 0.10 | 150.00 | 15.00 |
| 01-12-2022 | Annie Cordell | A600 - Correspondence: Called and spoke with Dan regarding plan increase, LVNV funding hearing, delinquent sewage, and refinancing house. | 0.30 | 150.00 | 45.00 |
| 01-12-2022 | Lauren Lamb | A100 - Document Preparation - Reviewed proposed confirmation order | 0.10 | 300.00 | 30.00 |
| 01-13-2022 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Proof of Claim 10 Ross Township sewage | 0.10 | 300.00 | 30.00 |
| 01-13-2022 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Proof of Claim 9 West View Water Authority | 0.10 | 300.00 | 30.00 |
| 01-13-2022 | Annie Cordell | A100 - Document Preparation: Prepped COC for confirmation order. | 0.20 | 150.00 | 30.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-13-2022 | Annie Cordell | A200 - Filing with ECF: Filed confirmation order. | 0.10 | 150.00 | 15.00 |
| 01-14-2022 | Annie Cordell | A100 - Document Preparation: Prepped motion to partially avoid lien. | 0.70 | 150.00 | 105.00 |
| 01-14-2022 | Lauren Lamb | A100 - Document Preparation - Reviewed Motion to Avoid Lien. | 0.10 | 300.00 | 30.00 |
| 01-18-2022 | Lauren Lamb | A100 - Document Preparation - Reviewed revised Motion to Avoid Lien. | 0.10 | 300.00 | 30.00 |
| 01-19-2022 | Annie Cordell | A200 - Filing with ECF: Filed motion to avoid lien. | 0.10 | 150.00 | 15.00 |
| 01-19-2022 | Annie Cordell | A500 - Service of Documents: Motion to avoid lien. | 0.10 | 150.00 | 15.00 |
| 01-26-2022 | Annie Cordell | A600 - Correspondence: Called as per request from email and spoke with Dan regarding motion to avoid lien he received, refinancing, and loss mit. | 0.20 | 150.00 | 30.00 |
| 02-04-2022 | Annie Cordell | A600 - Correspondence: Took call from Dan regarding debtor ed reminder. | 0.10 | 150.00 | 15.00 |
| 02-08-2022 | Annie Cordell | A100 - Document Preparation: Prepped CNO for motion to avoid lien. | 0.20 | 150.00 | 30.00 |
| 02-08-2022 | Annie Cordell | A200 - Filing with ECF: Filed CNO for motion to avoid lien. | 0.10 | 150.00 | 15.00 |
| 03-31-2022 | Annie Cordell | A100 - Document Preparation: Claims check. | 0.30 | 150.00 | 45.00 |
| 05-04-2022 | Annie Cordell | A600 - Correspondence: Returned call and spoke with Dan just to "check in." | 0.10 | 150.00 | 15.00 |
| 07-21-2022 | Annie Cordell | A600 - Correspondence: Took call from Dan regarding plan payment & mod with mortgage company. | 0.30 | 150.00 | 45.00 |
| 07-25-2022 | Annie Cordell | A100 - Document Preparation: Calculated payment with new LAT & no PA Dept. of Revenue. | 0.30 | 150.00 | 45.00 |
| 09-27-2022 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. To Dana for D as he is supposed to be doing LMP. | 0.20 | 350.00 | 70.00 |
| 09-27-2022 | Dana Weyels | A100 - Document Preparation- Dec re NMPC including filing and service | 0.20 | 150.00 | 30.00 |
| 10-17-2022 | Annie Cordell | A600 - Correspondence: Took call from Dan regarding plan. | 0.30 | 150.00 | 45.00 |
| 01-06-2023 | Lauren Lamb | A600 - Correspondence - R/c re Keystone Collections Group letter | 0.60 | 350.00 | 210.00 |
| 03-22-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. | 0.10 | 350.00 | 35.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Needs Dec. | | | |
| 03-22-2023 | Lauren Lamb | A100 - Document Preparation - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 03-22-2023 | Lauren Lamb | A200 - Filing with ECF - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 03-22-2023 | Lauren Lamb | A500 - Service of Documents - Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 06-22-2023 | Jesseca Smith | A600 - Correspondence- prepare and mail Financial Management Course reminder to client | 0.20 | 150.00 | 30.00 |
| 07-26-2023 | Jesseca Smith | A600 - Correspondence- email client re sewage | 0.40 | 150.00 | 60.00 |
| 07-28-2023 | Lauren Lamb | A600 - Correspondence - Took call from Daniel re sewage lien and emailed Jeff Hunt re the same. | 0.30 | 350.00 | 105.00 |
| 07-31-2023 | Lauren Lamb | A600 - Correspondence - Emailed Jeff Hunt again re sewage issue | 0.10 | 350.00 | 35.00 |
| 08-01-2023 | Lauren Lamb | A600 - Correspondence - R/c from Jeff Hunt re sewage bill | 0.30 | 350.00 | 105.00 |
| 08-07-2023 | Lauren Lamb | A600 - Correspondence - Email to Jeff Hunt re post-petition sewage balance. | 0.10 | 350.00 | 35.00 |
| 08-10-2023 | Jesseca Smith | A600 - Correspondence- emailed and mailed client Financial Management Course Reminder | 0.10 | 150.00 | 15.00 |
| 08-16-2023 | Alaina Werkmeister | A100 - Document Preparation prepped debtor ed | 0.10 | 150.00 | 15.00 |
| 08-16-2023 | Alaina Werkmeister | A200 - Filing with ECF filed debtor ed | 0.10 | 150.00 | 15.00 |
| 08-24-2023 | Jesseca Smith | A600 - Correspondence- email with client regarding sewage | 0.20 | 150.00 | 30.00 |
| 09-13-2023 | Lauren Lamb | A600 - Correspondence - Emailed Jeff Hunt re Jordan Tax sewage bill | 0.10 | 350.00 | 35.00 |
| 09-19-2023 | Lauren Lamb | A600 - Correspondence - Took call from Jeff Hunt re sewage bill. | 0.10 | 350.00 | 35.00 |
| 10-24-2023 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC, Plan calc. | 0.50 | 350.00 | 175.00 |
| 10-24-2023 | Lauren Lamb | A600 - Correspondence - Email to client re projected payment increase | 0.20 | 350.00 | 70.00 |
| 10-25-2023 | Lauren Lamb | A600 - Correspondence - Took call re payment needing to increase, wants to pursue loan mod on own, discussed options for house, drafted authorization letter, emailed with info re Trustee disbursements. | 0.50 | 350.00 | 175.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-31-2023 | Lauren Lamb | A600 - Correspondence - Emailed client re Rocket Mortgage loan mod app that he said he'd hear back about in 15 minutes. | 0.10 | 350.00 | 35.00 |
| 11-03-2023 | Lauren Lamb | A600 - Correspondence - R/c re status of loan modification | 0.50 | 350.00 | 175.00 |
| 11-13-2023 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 11-13-2023 | Lauren Lamb | A100 - Document Preparation - Reviewed Dec re NMPC | 0.10 | 350.00 | 35.00 |
| 11-13-2023 | Becca Wilhelm | A200 - Filing with ECF- Filing Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 11-27-2023 | Lauren Lamb | A600 - Correspondence - R/c re what he wants to do with the house. | 0.30 | 350.00 | 105.00 |
| 12-11-2023 | Lauren Lamb | A600 - Correspondence - Emailed mortgage payoff to Dan. | 0.10 | 350.00 | 35.00 |
| 12-12-2023 | Lauren Lamb | A100 - Document Preparation - Plan calc and estimated sale calc. | 0.40 | 350.00 | 140.00 |
| 12-13-2023 | Lauren Lamb | A600 - Correspondence - Emailed re plan calc and estimated sales proceeds at $250k sale. | 0.30 | 350.00 | 105.00 |
| 12-13-2023 | Lauren Lamb | A100 - Document Preparation - Stipulated Order Modifying Plan and emailed to Trustee's office. | 0.20 | 350.00 | 70.00 |
| 12-14-2023 | Lauren Lamb | A100 - Document Preparation - Revisions to Stip Order & CoC | 0.20 | 350.00 | 70.00 |
| 12-14-2023 | Lauren Lamb | A200 - Filing with ECF - CoC & Stipulated Order Modifying Plan | 0.10 | 350.00 | 35.00 |
| 12-18-2023 | Jesseca Smith | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest- Stipulated Order Modifying Plan Signed on 12/15/2023 | 0.10 | 150.00 | 15.00 |
| 12-18-2023 | Jesseca Smith | A600 - Correspondence - E-Mail(s) with Client(s) regarding payment increase | 0.10 | 150.00 | 15.00 |
| 12-19-2023 | Lauren Lamb | A600 - Correspondence - Responded to email re how Trustee has distributed money and calculated Plan payoff. | 0.30 | 350.00 | 105.00 |
| 01-10-2024 | Lauren Lamb | A600 - Correspondence - Responded to email re PA Department of Rev. & Westview Water claims. | 0.20 | 350.00 | 70.00 |
| 01-11-2024 | Lauren Lamb | A600 - Correspondence - R/c re PA Dept. of Revenue. | 0.10 | 350.00 | 35.00 |
| 01-15-2024 | Jesseca Smith | A100 - Document Preparation- checked t'ee records to see if client started paying the correct amount | 0.10 | 150.00 | 15.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-02-2024 | Lauren Lamb | A600 - Correspondence - R/c re mortgage co property inspections. | 0.20 | 350.00 | 70.00 |
| 08-14-2024 | Lauren Lamb | A600 - Correspondence - R/c re paying off bk early | 0.20 | 350.00 | 70.00 |
| 11-04-2024 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Ran Plan calc. Needs Dec. | 0.30 | 350.00 | 105.00 |
| 11-05-2024 | Becca Wilhelm | A100 - Document Preparation- Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 11-05-2024 | Becca Wilhelm | A200 - Filing with ECF- filed Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 11-07-2024 | Lauren Lamb | A100 - Document Preparation - Payoff calc per client's request and emailed client re the same. | 0.20 | 350.00 | 70.00 |
| 09-30-2025 | Lauren Lamb | A600 - Correspondence - Called per email request to discuss to discuss early payoff again and emailed client per payoff calc. | 0.30 | 350.00 | 105.00 |
| 09-30-2025 | Lauren Lamb | A100 - Document Preparation - Payoff calc. | 0.20 | 350.00 | 70.00 |
| 10-22-2025 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Ran Plan calc. Needs Dec. | 0.20 | 350.00 | 70.00 |
| 10-22-2025 | Becca Wilhelm | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 10-22-2025 | Becca Wilhelm | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 10-24-2025 | Lauren Lamb | A600 - Correspondence - Called as per email re NMPC | 0.20 | 350.00 | 70.00 |
| 02-20-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - Proof of Claim 4-2 First National Bank | 0.20 | 350.00 | 70.00 |
| 05-13-2026 | Lauren Lamb | A600 - Correspondence - Responded to email re payoff and calc'd the same and responded to email re end of Plan term. | 0.30 | 400.00 | 120.00 |
| 07-08-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - NMPC. Needs Dec. | 0.10 | 400.00 | 40.00 |
| 07-13-2026 | Cheyenne Spagnolo | A100 - Document Preparation - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 07-13-2026 | Cheyenne Spagnolo | A200 - Filing with ECF - Dec re NMPC | 0.10 | 150.00 | 15.00 |
| 08-02-2026 | Lauren Lamb | A600 - Correspondence - Responded to email re Plan months remaining. | 0.10 | 400.00 | 40.00 |
| 08-24-2026 | Lauren Lamb | A600 - Correspondence - Responded to email re friend disputing credit card debt. | 0.10 | 400.00 | 40.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-04-2026 | Lauren Lamb | A600 - Correspondence - responded to email re end of Plan | 0.10 | 400.00 | 40.00 |
| 10-05-2026 | Lauren Lamb | A600 - Correspondence - Responded to email re final payment | 0.10 | 400.00 | 40.00 |
| 10-06-2026 | Lauren Lamb | A300 - Review of Court Orders, Court Notices, and Documents Filed by Parties in Interest - ANTICIPATED - Trustee's Notice of Disbursements Made | 0.10 | 400.00 | 40.00 |
| 10-06-2026 | Becca Wilhelm | A100 - Document Preparation - ANTICIPATED - Certification of Discharge Eligibility | 0.20 | 150.00 | 30.00 |
| 10-06-2026 | Becca Wilhelm | A200 - Filing with ECF - ANTICIPATED - Certification of Discharge Eligibility | 0.10 | 150.00 | 15.00 |
| 10-06-2026 | Lauren Lamb | A100 - Document Preparation - Reviewed time entries | 0.90 | 400.00 | 360.00 |
| 10-09-2026 | Lauren Lamb | A600 - Correspondence - R/c re completion letter | 0.10 | 400.00 | 40.00 |
| 10-12-2026 | Lauren Lamb | A700 - Fee Applications of Professionals- calculated, prepped, filed, self-scheduled, and served fee app | 4.20 | 400.00 | 1,680.00 |
| | | | **Total** | | 9,490.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Abagale Steidl | 0.30 | 105.00 |
| Alaina Werkmeister | 0.20 | 30.00 |
| Alyssa Fehl | 0.40 | 60.00 |
| Annie Cordell | 15.30 | 2,295.00 |
| Becca Wilhelm | 0.90 | 135.00 |
| Cara Popovich | 0.50 | 75.00 |
| Cheyenne Spagnolo | 0.20 | 30.00 |
| Dana Weyels | 0.30 | 45.00 |
| Jesseca Smith | 1.20 | 180.00 |
| Julie Steidl | 0.10 | 40.00 |
| Kenneth Steidl | 0.10 | 40.00 |
| Lauren Lamb | 18.10 | 6,455.00 |
| **Total** | | 9,490.00 |

## Expenses

| Expense | Amount |
|---|---|
| E108 - Postage | 0.55 |
| E100 - Expenses | 28.00 |
| E101 - Copying | 8.75 |
| E108 - Postage | 3.85 |
| E101 - Copying | 0.50 |

| Expense | Amount |
|---|---|
| E108 - Postage | 0.63 |
| E108 - Postage | 0.64 |
| E108 - Postage | 0.64 |
| **Total Expenses** | 43.56 |
| **Total for this Invoice** | 9,533.56 |

**Steidl and Steinberg, P.C.**
412-391-8000

October 06, 2026

**Dan M. Donahue**
Donahue, Daniel M.
38 Mazer St.
Pittsburgh, PA 15214

**Invoice Number: 322**
Invoice Period: 11-15-2019 - 10-06-2026

Payment Terms: Upon Receipt

**RE: 2021-Chapter 13 LMP**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-22-2021 | Kylee Nicely | A100 - Document Preparation: prepped and mailed Loss Mitigation Program appt letter | 0.20 | 150.00 | 30.00 |
| 12-06-2021 | Kylee Nicely | A100 - Document Preparation: LMP phone appt. did not answer LVM | 0.10 | 150.00 | 15.00 |
| 12-08-2021 | Kylee Nicely | A100 - Document Preparation: LMP phone appt. prepped Cert of eligibility/LMP packet letter. Mailed to client. | 0.80 | 150.00 | 120.00 |
| 01-11-2022 | Kylee Nicely | A100 - Document Preparation: prepped LMP packet letter. packet hasn't been returned and mailed to client | 0.20 | 150.00 | 30.00 |
| 02-18-2022 | Kylee Nicely | A100 - Document Preparation: prepped LMP packet letter. have not rec'd packet back and mailed to client | 0.20 | 150.00 | 30.00 |
| 03-16-2022 | Kylee Nicely | A100 - Document Preparation: prepped LMp packet letter. Packet has not been returned and mailed letter to client | 0.20 | 150.00 | 30.00 |
| 04-11-2022 | Kylee Nicely | A100 - Document Preparation: prepped lMP packet letter. Packet has not been returned and mailed to client | 0.20 | 150.00 | 30.00 |
| 05-12-2022 | Kylee Nicely | A600 - Correspondence: emailed new LMP packet and LMp packet letter | 0.10 | 150.00 | 15.00 |
| 07-26-2022 | Kylee Nicely | A100 - Document Preparation: prepped LMP packet letter<br>Packet has not been returned | 0.10 | 150.00 | 15.00 |
| 08-11-2022 | Kylee Nicely | A100 - Document Preparation: prepped LMP packet letter<br>packet has not been returned and mailed letter to client | 0.10 | 150.00 | 15.00 |
| 08-11-2022 | Kylee Nicely | A600 - Correspondence: mailed LMP packet letter<br>packet has not been returned | 0.10 | 150.00 | 15.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-08-2022 | Kylee Nicely | A100 - Document Preparation: prepped LMP packet letter. LMp packet has not been returned and mailed to client | 0.20 | 150.00 | 30.00 |
| 10-12-2022 | Kylee Nicely | A600 - Correspondence: called spoke with Daniel about returning packet he said he has not recorded income or bank statements | 0.20 | 150.00 | 30.00 |
| 01-06-2023 | Kylee Nicely | A600 - Correspondence: emailed re: Mary jo Stoner's (mother) LMP and getting him back into LMP | 0.10 | 150.00 | 15.00 |
| 01-11-2023 | Kylee Nicely | A600 - Correspondence: mailed out new LMP packet Mailed out additional docs letter for Mary Jo Stoner (mother) | 0.10 | 150.00 | 15.00 |
| 02-10-2023 | Kylee Nicely | A600 - Correspondence: emailed re: returning LMP packet for himself and the information needed for Mary Jo (mother) have not rec'd any thing from both debtors | 0.10 | 150.00 | 15.00 |
| | | | **Total** | | 450.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Kylee Nicely | 3.00 | 450.00 |
| **Total** | | 450.00 |

## Expenses

| Expense | Amount |
|---|---|
| E102 - Outside printing | 4.53 |
| E102 - Outside printing | 4.53 |
| E102 - Outside printing | 4.53 |
| E102 - Outside printing | 4.53 |
| E108 - Postage | 0.55 |
| E108 - Postage | 0.55 |
| E108 - Postage | 0.55 |
| E108 - Postage | 0.55 |
| **Total Expenses** | 20.32 |
| **Total for this Invoice** | 470.32 |

Total Hours by Professional:
Lauren M. Lamb (LML) 18.1 hours
Abagale Steidl (AES0 0.3 hours
Julie Frazee Steidl (JFS) 0.1 hours
Kenneth Steidl (KS) 0.1 hours
Paralegal (P) 22.0 hours

Total Hours: 40.6

Total hours by Category
#1- 12.0
#2- 1.9
#3- 2.3
#4- 0.4
#5- 0.3
#6- 16.5
#7- 4.2
#8- 3.0

Total hours: 40.6